# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00280-SOM-KJM |
| CASE NAME: | Arthur B. Tolentino, et al. V. Paul Saito, et al. |
| ATTY FOR PLA: | Sean Kim |
| ATTY FOR DEFT: | Mallory T. Martin |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | KJM Chambers / C6 - FTR |
| DATE: | 12/08/2023 | TIME: | 9:30 - 12:10 / 12:10 - 12:17 |

COURT ACTION: EP: SETTLEMENT CONFERENCE and SETTLEMENT ON THE RECORD held.

Plaintiffs Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum and Defendants Paul Saito and Kevin Hirayama are present.

The Court met with the parties. Settlement discussions held.

SETTLEMENT ON THE RECORD (12:10 - 12:17)

Court states the settlement terms on the record, attached herein.

Plaintiffs and Defendants agree to the terms.

Court finds that the parties have entered into a binding and enforceable settlement agreement.

Stipulation for Dismissal shall be submitted to mollway_orders@hid.uscourts.gov by December 31, 2023. If more time is needed to submit the Stipulation for Dismissal the parties may contact Magistrate Judge Kenneth J. Mansfield's Courtroom Manager to request an extension prior to the deadline.

Trial date and pretrial deadlines are VACATED.

The parties agree to submit each of these cases to arbitration on the following terms:

1. There will be three separate arbitrators, one for each case. If the parties cannot agree on the arbitrators within 30 days, they will each submit a list of 3 proposed arbitrators per arbitration, to Judge Mansfield to decide.
2. For 23-280 SOM and 23-286 HG:
    a. The issue regarding right to arbitrate is resolved.
    b. Fees and costs incurred in USDC may be recoverable in the arbitration.
    c. Fees and costs incurred in the arbitration are per the terms of the Trust Agreement.
3. For 21-429 DKW:
    a. The parties agree to submit all claims and defense to arbitration.
    b. Fees and costs incurred in USDC and in the Arbitration may be recoverable pursuant to applicable ERISA law.
    c. All USDC filings, orders, and discovery transfer to the arbitration.
4. The trustees agree that going forward, either side to a deadlocked trustee vote may unilaterally submit the matter to arbitration.
5. Stipulations to dismiss without prejudice filed in each case by the end of the year.
6. Court vacates all pending dates, deadlines, and motions.

*Submitted by: Bernie Aurio, Courtroom Manager*