Sean Kim 1787-0
700 Richard St., Ste. 1
Honolulu, Hawaii 96813
Telephone: (808) 383-2350
Email: seankimlaw@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ARTHUR B. TOLENTINO, et al., | ) | Civil No. 23-cv-00280 SOM-KJM |
| | ) | |
| Plaintiffs, | ) | (Employee Retirement Income Security |
| | ) | Act, Labor Management Relations Act, |
| v. | ) | Federal Arbitration Act) |
| | ) | |
| PAUL SAITO, et al., | ) | STIPULATION FOR DISMISSAL |
| | ) | WITHOUT PREJUDICE PURSUANT |
| Defendants. | ) | TO FEDERAL RULES OF CIVIL |
| | ) | PROCEDURE, RULE 41(a)(1)(A)(ii) |

No Trial Date Set

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiffs Arthur B. Tolentino, Rick V. Paulino and Jeanine Lum, in their capacities as the Union Trustees of the Hawaii Sheet Metal Workers Training Fund, and Sheet Metal Workers International Association, Local 293, AFL-CIO  (collectively, "Plaintiffs") and Defendants Paul Saito, Glenn Saito, Sam Fujikawa and Kevin Hirayama, in their capacities as the Employer Trustees of the

Hawaii Sheet Metal Workers Training Fund, and the Sheet Metal Contractors Association (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree to the dismissal without prejudice of all claims and all parties.

There are no remaining claims or parties. All parties that made an appearance in the case have signed the stipulation for dismissal without prejudice. The parties have agreed that the issue of attorneys' fees and costs incurred in the above-captioned action may be submitted to the arbitrator. The parties have also agreed that the fees and costs incurred in the arbitration are per the terms of the Restated Agreement and Declaration of Trust Establishing the Sheet Metal Workers Training Fund dated September 24, 1986.  The parties agree to abide by the terms attached to the minutes entered on December 8, 2023. *See* Dkt. 48.

Dated: Honolulu, Hawaii, December 21, 2023.

                                     /s/ *Sean Kim*
                                     SEAN KIM
                                     Attorney for Plaintiffs Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, in their capacities as the Union Trustees, and Sheet Metal Workers International Association, Local 293, AFL-CIO

CADES SCHUTTE
A Limited Liability Law Partnership

/s/ *Mallory T. Martin*
MALLORY T. MARTIN
PAUL M. SAITO
Attorneys for Defendants Paul Saito, Glenn Saito, Sam Fujikawa, Kevin Hirayama, in their capacities as the Employer Trustees, and Sheet Metal Contractors Association

**APPROVED AS TO FORM:**



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

_____

*Tolentino et al. v. Saito et al.*, 23-cv-00280 SOM-KJM; *STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(A)(ii)*